# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0603

VERSUS

GEORGE TRIPLETT

**JULY 13, 2026**

---

In Re:    George Triplett, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-13-0505.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed on January 13, 2016, on or before August 12, 2026. A copy of the district court's action shall be filed in this court on or before August 19, 2026.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT